6/1/2016 1:06:32 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 10915348
By: ANDERSON, SARAH A
Filed: 6/1/2016 1:06:32 PM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: 2016-36033                    COURT *(FOR CLERK USE ONLY)*: Court: 129

STYLED: CARMEN AND DUREY CADWELL V. FIRST COMMUNITY INSURANCE COMPANY

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: | Email: | Plaintiff(s)/Petitioner(s): | Attorney for Plaintiff/Petitioner |
| Bryan Beverly | erika@vosslawfirm.com | Carmen and Durey Cadwell | *Pro Se* Plaintiff/Petitioner Title IV-D Agency Other: _____ |
| Address: | Telephone: | Defendant(s)/Respondent(s): | Additional Parties in Child Support Case: |
| 26619 Interstate 45 | (713) 861-0015 | First Community Insurance Company | Custodial Parent: |
| City/State/Zip: | Fax: | [Attach additional page as necessary to list all parties] | Non-Custodial Parent: |
| The Woodlands, TX 77380 | (713) 861-0021 | | |
| Signature: | State Bar No: | | Presumed Father: |
| By Bly | 24082688 | | |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* | Assault/Battery | Eminent Domain/ | Annulment | Enforcement |
| XXX Consumer/DTPA | Construction | Condemnation | Declare Marriage Void | Modification—Custody |
| Debt/Contract | Defamation | Partition | *Divorce* | Modification—Other |
| Fraud/Misrepresentation | *Malpractice* | Quiet Title | With Children | **Title IV-D** |
| Other Debt/Contract: | Accounting | Trespass to Try Title | No Children | Enforcement/Modification |
| Breach of Contract | Legal | Other Property: | | Paternity |
| *Foreclosure* | Medical | _____ | | Reciprocals (UIFSA) |
| Home Equity—Expedited | Other Professional | | | Support Order |
| Other Foreclosure | Liability: | | | |
| Franchise | _____ | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| Insurance | Motor Vehicle Accident | Expunction | Enforce Foreign | Adoption/Adoption with |
| Landlord/Tenant | Premises | Judgment Nisi | Judgment | Termination |
| Non-Competition | *Product Liability* | Non-Disclosure | Habeas Corpus | Child Protection |
| Partnership | Asbestos/Silica | Seizure/Forfeiture | Name Change | Child Support |
| Other Contract: | Other Product Liability | Writ of Habeas Corpus— | Protective Order | Custody or Visitation |
| _____ | List Product: | Pre-indictment | Removal of Disabilities | Gestational Parenting |
| | _____ | Other: _____ | of Minority | Grandparent Access |
| | Other Injury or Damage: | | Other: | Parentage/Paternity |
| | _____ | | _____ | Termination of Parental Rights |
| | | | | Other Parent-Child: _____ |
| **Employment** | | **Other Civil** | | |
| Discrimination | Administrative Appeal | Lawyer Discipline | | |
| Retaliation | Antitrust/Unfair | Perpetuate Testimony | | |
| Termination | Competition | Securities/Stock | | |
| Workers' Compensation | Code Violations | Tortious Interference | | |
| Other Employment: | Foreign Judgment | Other: _____ | | |
| _____ | Intellectual Property | | | |

| **Tax** | ***Probate & Mental Health*** | |
|---|---|---|
| Tax Appraisal | *Probate/Wills/Intestate Administration* | Guardianship—Adult |
| Tax Delinquency | Dependent Administration | Guardianship—Minor |
| Other Tax | Independent Administration | Mental Health |
| | Other Estate Proceedings | Other: _____ |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| Appeal from Municipal or Justice Court | Declaratory Judgment | Prejudgment Remedy |
| Arbitration-related | Garnishment | Protective Order |
| Attachment | Interpleader | Receiver |
| Bill of Review | License | Sequestration |
| Certiorari | Mandamus | Temporary Restraining Order/Injunction |
| Class Action | Post-judgment | Turnover |

## 4. Indicate damages sought (do not select if it is a family law case):

**XXX** Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees Less than $100,000 and non-monetary relief
Over $100,000 but not more than $200,000
Over $200,000 but not more than $1,000,000
Over $1,000,000.

**EXHIBIT 2**

Certified Document Number: 70510947 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   July 22, 2016

Certified Document Number:        70510947 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**