United States District Court
Southern District of Texas
**ENTERED**
October 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARMEN CADWELL, and DUREY CADWELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-2248 |
| FIRST COMMUNITY INSURANCE, CO., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's oral ruling in open court on this date, this action is **DISMISSED WITHOUT PREJUDICE FOR WANT OF PROSECUTION**.

Each party shall bear its own costs.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 7th day of October, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE